Argued and submitted July 6, reversed and remanded with instructions
December 2, 1992

## FRED EUGENE MOORE,
*Appellant,*

*v.*

## STATE OF OREGON,
*Respondent.*

(91-07-216CV; CA A73011)

840 P2d 1394

Robert J. McCrea, Eugene, argued the cause and filed the brief for appellant.

Janie M. Burcart, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded with instructions to grant post-conviction relief. *Goodwin v. State of Oregon*, 116 Or App 279, 840 P2d 1372 (1992).

Edmonds, J., dissenting.

**EDMONDS, J.,** dissenting.

I dissent for the reasons expressed in my dissent in *Goodwin v. State of Oregon*, 116 Or App 279, 840 P2d 1372 (1992).